# United States District Court

FOR THE

50    09 HAWAII

UNITED STATES OF AMERICA

VS.

CLARK, NATHAN A

234 OHUA AVE #111
HONOLULU    HI    96815

*Defendant.*

CR 03-00420    786029

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A1175635 H13 | 06/09/03 |
| A175634 H13 No Drivers Lic. | 06/09/03 |
| A1175636 H13 No Insurance | 06/09/03 |

**MANDATORY COURT APPEARANCE IS REQUIRED.**

OFFENSE: DUI

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
at __ o'clock and __
MAY 02 2008
SUE BEITIA, CLERK

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
BAIL FIXED AT $100.00 SIGNATURE BOND.    WALTER A.Y.H. CHINN, Clerk
By _____
Deputy

Date  August 26, 2003    U.S. Magistrate Judge KEVIN S. CHANG
*United States Magistrate Judge*

---

RETURN

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

DISMISSED
APR 3 0 2009

Name _____    Title _____    District _____
Date _____    Signature _____

# United States District Court
## Violation Notice

| Loc Code | Violation No | Print Officer Name | Officer No |
|---|---|---|---|
| L113 | A1175635 | Lee | L9891 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 09 Jun 03 / 1510 | HRS 291 E-61(a)(4) |

**Place of Offense:** Pokelani parking Garage

**Offense Description:** Driving under the influence of Drugs

| Defendant's Last Name | First Name | M I |
|---|---|---|
| Clark | Nathan | A |

| Street Address | | |
|---|---|---|
| 234 Ohua Ave #11 | | |

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Honolulu | HI | 96815 | 19 Aug 81 |

| Driver's License No | D L State | Social Security No |
|---|---|---|
| None | | 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 |

### VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| STV-748 | HI | 1995 | Honda | white |

A ☐ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
  ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
  ☐ I plead not guilty and promise to appear as required

| Court Address | YOUR COURT DATE | |
|---|---|---|
| 300 Ala moana Blvd Rm 303 C Honolulu HI 96815 | Date | Time |

| Collateral (fine) | |
|---|---|
| MCA | For payment by credit card, SEE INSTRUCTIONS |

DD FORM 1805, SEP 1998    Original CVB Copy    Previous edition is obsolete
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

A1175635

BW $100 UNSECURED    AUG 2 6 2003

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **09 Jun**, **2003** while exercising my duties as a law enforcement officer in the **Federal** District of **Honolulu**

While processing Clark for a T/A I noticed he had fresh red ring with a lye and so I advised him of his rights with his Honda pointed him to the O'ahu tape where I subjected him to both a Breathalysis and a blood test. Pending the results his licence will be either processed or void.

☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **09 Jun 03** _____
          Date    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
          Date    U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

# United States District Court Violation Notice

| | | |
|---|---|---|
| Loc Code | Violation No | Print Officer Name |
| H1/3 | A1175634 | Lee |
| | | Officer No |
| | | L9891 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 09Jun03/1510 | HES286-102 |

| Place of Offense |
|---|
| Haleakea Parking Garage |

| Offense Description |
|---|
| No Drivers License |

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Clark | Nathan | A |

| Street Address |
|---|
| 234 Ohua Ave #111 |

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Honolulu | HI | 96815 | 19 Aug 81 |

| Driver's License No | D L State | Social Security No |
|---|---|---|
| None | | 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 |

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| JTV-748 | HI | 1995 | Honda | White |

A ☐ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
  ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
  ☐ I plead not guilty and promise to appear as required

| Court Address | YOUR COURT DATE |
|---|---|
| 300 Ala Moana Blvd C-3030 | Date    Time |
| Honolulu, HI 96817 | |

| Collateral (fine) | |
|---|---|
| MCA | For payment by credit card, SEE INSTRUCTIONS |

DD FORM 1805, SEP 1998
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))
Original - CVB Copy    Previous edition is obsolete

---

A1175634

BW $100 UNSECURED

AUG 2 6 2003

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **09 June**, **2003** while exercising my duties as a law enforcement officer in the **_____** District of **Honolulu** while processing Clark for a traffic accident he stated that he doesn't have a license and a check of the NCIC verified same.

The foregoing statement is based upon
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above) Individual stated

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on **09Jun03**
              Date                Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
              Date              U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

**United States District Court Violation Notice**

| Field | Value |
|---|---|
| Loc Code | H1\_ |
| Violation No | A1175636 |
| Print Officer Name | Lee |
| Officer No | L9891 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense | 09 Jun 03 / 1500 |
| Place of Offense | Halelea Parking Garage Bldg R3 |
| Offense Charged | HRS 431:10C-102 |
| Offense Description | No Proof Insurance |

| Field | Value |
|---|---|
| Defendant's Last Name | Clark |
| First Name | Nathan |
| MI | A |
| Street Address | 234 Ohua Ave #111 |
| City | Honolulu |
| State | HI |
| Zip Code | 96815 |
| Date of Birth | 19 Aug 81 |
| Driver's License No | NONE |
| D L State | HI |
| Social Security No | 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 |

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| JTV-748 | HI | 1995 | Honda | White |

A ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
B ☒ YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
   AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS
☐ I plead not guilty and promise to appear as required

**YOUR COURT DATE**
Date: _____ Time: _____

Court Address: 300 Ala Moana Rm 303C, Honolulu HI 96815

Collateral (fine): MCA

DD FORM 1805, SEP 1998
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

For payment by credit card, SEE INSTRUCTIONS
Original - CVB Copy   Previous edition is obsolete

---

A1175636
AUG 26 2003

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 09 June, 2003 while exercising my duties as a law enforcement officer in the Honolulu District of Honolulu, USA, I observed Clark S.P. a T/A Fitzharrisbrock'ye reluctant that the vehicle was with no insurance on back of the vehicle known operating and so he was cited for same.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 09 June 03   Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant

Executed on _____ Date _____   U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998